### 11520.  STANTON *v.* PARHAM.

BROYLES, C. J. The motion for a new trial contains only the usual general grounds; the evidence for the defendant in error, while not in all respects satisfactory, authorized the verdict, and, the finding of the

jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1920.

Foreclosure of lien; from Wilkes superior court — Judge Walker. April 12, 1920.

*Colley & Colley,* for plaintiff in error.

*C. E. Sutton,* contra.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*